WILLIAM E. ROBINSON, Respondent, *v.* CHARLES H. KALBFLEISCH and others, Executors, etc., Appellants.

Appeal from a judgment in favor of the plaintiff, entered upon the report of a referee.

The General Term reversed the judgment on the ground that the findings of the referee were not supported by the evidence.

*Edgar M. Cullen*, for the appellants.

*W. E. Robinson*, respondent in person.

Opinion by Barnard, P. J.

Present — Barnard, P. J., Tappen and Talcott, JJ.

Judgment reversed and new trial granted; question of costs to be settled after new trial.

----

JULIA WOODWARD, Respondent, *v.* HENRY BUGSBEE, Appellant.

Application for leave to go to the Court of Appeals. The decision of the General Term in this case is reported in 2 Hun, 128. The General Term denied the application on the ground that there was no principle involved in the case of sufficient importance to justify its being carried to the Court of Appeals.

Opinion by Barnard, P. J.

Present — Barnard, P. J., Tappen and Donohue, JJ.

Application denied, with ten dollars costs.